JOHN F. BAUM (SBN 148366)
jbaum@cdhklaw.com
AMY A. DURGAN (SBN 245325)
adurgan@cdhklaw.com
CURIALE DELLAVERSON HIRSCHFELD
  & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
ARGOSY UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| IJAZ AHMAD QURESHI,<br><br>    Plaintiff,<br><br>vs.<br><br>ARGOSY UNIVERSITY,<br><br>    Defendant. | Case No. CV 08 1913 MEJ<br><br>**CERTIFICATE OF REMOVAL**<br><br>Complaint Filed:   January 14, 2008 |

Defendant Argosy University hereby certifies that on the 10th day of April, 2008, this action was removed to this Court, and that on the 10th day of April, 2008, a copy of the Notice of Removal was filed with the Superior Court of the State of California in and for the County of San Francisco.

Dated: April 17, 2008

CURIALE DELLAVERSON HIRSCHFELD
    & KRAEMER, LLP

By: s/ John F. Baum
        John F. Baum
        Amy A. Durgan
Attorneys for Defendant
ARGOSY UNIVERSITY

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I, the undersigned, am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 727 Sansome Street, San Francisco, California 94111. On April 17, 2008, I served the following document(s) by the method indicated below:

**CERTIFICATE OF REMOVAL**

☐ by transmitting **via facsimile** on this date from fax number (415) 834-0443 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing **messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On April 17, 2008, I caused to be served via messenger the above-listed documents.

☐ by **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

☐ By placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

**Attorney for Plaintiff:**

William R. Hopkins, Esq.
775 E. Blithedale, #374
Mill Valley, CA 94941
(415) 435-5507

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 17, 2008, at San Francisco, California.

*Cheri McCaffrey*
Cheri McCaffrey

PROOF OF SERVICE   1   4812.1921.4594