William R. Hopkins SBN 170122
Attorney at Law
775 E. Blithedale, No. 374
Mill Valley, CA 94941

Tel: (415) 435-5507
Fax: (415) 366-2179

Attorney for Plaintiff
IJAZ AHMAD QURESHI

UNITED STAES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IJAZ AHMAD QURESHI, | Case No. 3:08-CV-01913-MEJ |
| Plaintiff, | DEMAND FOR JURY TRIAL |
| Vs | |
| ARGOSY UNIVERSITY, doing business in the State of California, DOES 1 through 100, inclusive, | |
| Defendants. | |
| _____ / | |

Notice is hereby given that Plaintiff IJAZ AHMAD QURESHI hereby demands a Jury Trial on all matters subject thereto.

Dated: April 22, 2008                    *William Hopkins*
                                         _____
                                         WILLIAM R. HOPKINS
                                         ATTORNEY FOR PLAINTIFF