# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Wortman,<br><br>              Plaintiff(s),<br><br>     v.<br><br>Air New Zealand,<br><br>              Defendant(s). | 08-01913 CRB<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
08-01913 CRB                                       -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4     It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: July 3, 2008

```
                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Lisa Salvetti


                                    _____/s/_____
                                    ADR Administrative Assistant
                                    415-522-2032
                                    lisa_salvetti@cand.uscourts.gov
```

PROOF OF SERVICE

Case Name:      Wortman v. Air New Zealand

Case Number:    08-01913 CRB

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 3, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Walter J. Jack
> Engstrom Lipscomb & Lack
> 10100 Santa Monica Blvd
> 16th Flr
> Los Angeles, CA 90067-4107
>
> Steven Noel Williams
> Cotchett Pitre & McCarthy
> 840 Malcolm Road
> Suite 200
> Burlingame, CA 94010
> swilliams@cpmlegal.com
>
> Douglas Yongwoon Park
> Cotchett Pitre Simon & McCarthy
> 840 Malcolm Rd #200
> Burlingame, CA 94010
>
> Elizabeth Lane Crooke
> Engstrom, Lipscomb & Lack
> 10100 Santa Monica Blvd., 16th Floo

Los Angeles, CA 90067
bcrooke@elllaw.com

Joseph W. Cotchett
Cotchett, Pitre & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010
jcotchett@cpmlegal.com

Aron K. Liang
Cotchett Pitre & McCarthy
San Francisco Airport Office Center
840 Malcolm Road
Suite 200
Burlingame, CA 94010
aliang@cpmlegal.com

Nanci Eiko Nishimura
Cotchett Pitre Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010
nnishimura@cpsmlaw.com

Richard Pollard Kinnan
Engstrom Lipscomb & Lack
10100 Santa Monica Bl 16FL
Los Angeles, CA 90067-4107

Air New Zealand
,

All Nippon Airways
,

Edward B. Schwartz
DLA Piper US LLP
500 8th Street, NW
Washington, DC 20004
edward.schwartz@dlapiper.com

Danielle Suzanne Fitzpatrick
DLA PIPER US LLP

701 Fifth Avenue
Suite 7000
Seattle, WA 98104
danielle.fitzpatrick@dlapiper.com

China Airlines
,

Christopher Thomas Casamassima
Kirkland & Ellis LLP
777 South Figueroa St.
37th Floor
Los Angeles, CA 90017
ccasamassima@kirkland.com

Japan Airlines International
,

Malaysia Airlines
,

Qantas Airways
,

Singapore Airlines
,

Rowan D. Wilson
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
rwilson@cravath.com

Ronald S Rolfe
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue, Room 4070B
New York, NY 10019-7475
rrolfe@cravath.com

United Airlines
,

Robert M. Brava-Partain

O'Donnell & Associates
550 South Hope St.
Suite 1000
Los Angeles, CA 90071
rpartain@oslaw.com

Gregory Jonathon Mann
O'Donnell & Associates P.C.
550 South Hope Street, Suite 1000
Los Angeles, CA 90071

Pierce O'Donnell
O'Donnell & Associates P.C.
550 South Hope Street, Suite 1000
Los Angeles, CA 90071

Graham Bruce LippSmith
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
glippsmith@girardikeese.com

Bruce Lee Simon
Pearson, Simon, Soter, Warshaw & Penny, LLP
44 Montgomery Street
Suite 1430
San Francisco, CA 94104
bsimon@psswplaw.com

Richard Kellner
Kabateck Brown Kellner, LLP
644 South Figueroa Street
Los Angeles, CA 90017
rlk@kbklawyers.com

Terry Gross
Gross & Belsky LLP
180 Montgomery Street
Suite 2200
San Francisco, CA 94104
terry@grossbelsky.com

Jon T. King
Cohen, Milstein, Hausfeld & Toll PLLC

One Embarcadero Center
Suite 2440
San Francisco, CA 94111
jking@cmht.com

Michael Paul Lehmann
Cohen Milstein Hausfeld & Toll, PLLC
1 Embarcadero Center, Suite 2440
San Francisco, CA 94111
mlehmann@cmht.com

Christopher L. Lebsock
Cohen Milstein Hausfeld & Toll, P.L.L.C.
1 Embarcadero Center
Suite 2440
San Francisco, CA 94111
clebsock@cmht.com

Michael D. Hausfeld
Cohen Milstein Hausfeld & Toll
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934
mhausfeld@cmht.com

Charles E. Tompkins
Cohen Milsten Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
ctompkins@cmht.com

Andrea L. Hertzfeld
Cohen Milstein Hausfeld & Toll PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
ahertzfeld@cmht.com

Michael P. Lehmann
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111

mlehmann@cmht.com

Jack Wing Lee
Minami Tamaki LLP
360 Post Street
8th Floor
San Francisco, CA 94108
jlee@MinamiTamaki.com

William R. Hopkins
Law Offices
775 E. Blithedal, No. 374
Mill Valley, CA 94941
wrhopkins3@prodigy.net

John Frederick Baum Esq.
Curiale Dellaverson Hirschfeld Kraemer & Sloan, LLP
727 Sansome Street
San Francisco, CA 94111
jbaum@cdhklaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 3, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa Salvetti

_____/s/_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov