1  JOHN F. BAUM (SBN 148366)
   jbaum@cdhklaw.com
2  AMY A. DURGAN (SBN 245325)
   adurgan@cdhklaw.com
3  CURIALE DELLAVERSON HIRSCHFELD
     & KRAEMER, LLP
4  727 Sansome Street
   San Francisco, CA 94111
5  Telephone:  (415) 835-9000
   Facsimile:  (415) 834-0443
6
   Attorneys for Defendant
7  ARGOSY UNIVERSITY

8  WILLIAM R. HOPKINS (SBN 170122)
   wrhopkins3@prodigy.net
9  LAW OFFICE OF WILLIAM HOPKINS
   775 E. Blithedale, No. 374
10 Mill Valley, CA 94941
   Telephone:  (415) 435-5507
11 Facsimile:  (415) 435-5597

12 Attorneys for Plaintiff
   IJAZ AHMAD QURESHI
13

14           UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16

17 IJAZ AHMAD QURESHI,            Case No. C 08-01913 MEJ

18         Plaintiff,              **JOINT MOTION AND STIPULATION
                                   FOR AN ORDER OF DISMISSAL WITH
19 vs.                             PREJUDICE**

20 ARGOSY UNIVERSITY,

21         Defendant.

22

23     Defendant Argosy University ("Defendant") and Plaintiff Ijaz Ahmad Qureshi

24 ("Plaintiff") hereby stipulate and jointly move the Court for an Order of Dismissal With

25 Prejudice, each party to bear their respective attorneys' fees and costs.

26     The basis for this motion is that the Claims have been compromised and fully settled.

27     Based upon the foregoing, the parties hereby stipulate and move the Court for entry of an

28 Order consistent herewith.

JOINT MOTION AND STIP. FOR ORDER OF DISMISSAL WITH PREJUDICE
CASE NO.: C 08-01913 MEJ                                           4814-3582-7458

DATED this 9th day of July, 2008.

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By: /s/ John F. Baum
John F. Baum
Amy A. Durgan

Attorneys for Defendant ARGOSY UNIVERSITY

DATED this 9th day of July, 2008.

LAW OFFICE OF WILLIAM HOPKINS

By: /s/ William R. Hopkins
William R. Hopkins

*(e-filed with authorization from counsel)*

Attorney for Plaintiff IJAZ AHMAD QURESHI

2

JOINT MOTION AND STIP. FOR ORDER OF DISMISSAL WITH PREJUDICE
CASE NO.: C 08-01913 MEJ