1  JOHN F. BAUM (SBN 148366)
   jbaum@cdhklaw.com
2  AMY A. DURGAN (SBN 245325)
   adurgan@cdhklaw.com
3  CURIALE DELLAVERSON HIRSCHFELD
     & KRAEMER, LLP
4  727 Sansome Street
   San Francisco, CA  94111
5  Telephone:    (415) 835-9000
   Facsimile:    (415) 834-0443
6
   Attorneys for Defendant
7  ARGOSY UNIVERSITY

8  WILLIAM R. HOPKINS (SBN 170122)
   wrhopkins3@prodigy.net
9  LAW OFFICE OF WILLIAM HOPKINS
   775 E. Blithedale, No. 374
10 Mill Valley, CA  94941
   Telephone:    (415) 435-5507
11 Facsimile:    (415) 435-5597

12 Attorneys for Plaintiff
   IJAZ AHMAD QURESHI
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16

17 IJAZ AHMAD QURESHI,                Case No.  C 08-01913 MEJ

18              Plaintiff,            **ORDER OF DISMISSAL WITH
                                      PREJUDICE**
19 vs.

20 ARGOSY UNIVERSITY,

21              Defendant.

22        Based upon the Joint Motion and Stipulation for an Order of Dismissal With Prejudice,
23 and good cause appearing,
24        IT IS HEREBY ORDERED that the Plaintiff's complaint is dismissed in its entirety, with
25 prejudice, and with each party to bear his or its respective attorneys' fees and costs.
26
27
28

ORDER OF DISMISSAL WITH PREJUDICE
CASE NO.: C 08-01913 MEJ

4830-6328-2946

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    DATED this ____ day of _____, 2008.

2                                            BY THE COURT

3

4

5                                            _____
                                             **Maria-Elena James**
6                                            **United States District Court Judge**

7

8    **Approved as to form:**

9    Law Offices of William Hopkins

10

11   By: /s/ William R. Hopkins_____
     William R. Hopkins
12
     *(e-filed with authorization from counsel)*
13
     Attorney for Plaintiff IJAZ AHMAD QURESHI
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER OF DISMISSAL WITH PREJUDICE
CASE NO.: C 08-01913 MEJ