JOHN F. BAUM (SBN 148366)
jbaum@cdhklaw.com
AMY A. DURGAN (SBN 245325)
adurgan@cdhklaw.com
CURIALE DELLAVERSON HIRSCHFELD
   & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone:   (415) 835-9000
Facsimile:   (415) 834-0443

Attorneys for Defendant
ARGOSY UNIVERSITY

WILLIAM R. HOPKINS (SBN 170122)
wrhopkins3@prodigy.net
LAW OFFICE OF WILLIAM HOPKINS
775 E. Blithedale, No. 374
Mill Valley, CA 94941
Telephone:   (415) 435-5507
Facsimile:   (415) 435-5597

Attorneys for Plaintiff
IJAZ AHMAD QURESHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IJAZ AHMAD QURESHI,<br><br>            Plaintiff,<br><br>vs.<br><br>ARGOSY UNIVERSITY,<br><br>            Defendant. | Case No. C 08-01913 MEJ<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

   Based upon the Joint Motion and Stipulation for an Order of Dismissal With Prejudice, and good cause appearing,

   IT IS HEREBY ORDERED that the Plaintiff's complaint is dismissed in its entirety, with prejudice, and with each party to bear his or its respective attorneys' fees and costs.

DATED this 15th day of July, 2008.

BY THE COURT

_____
Maria-Elena James
United States District Court Judge

*IT IS SO ORDERED*
*Judge Maria-Elena James*

**Approved as to form:**

Law Offices of William Hopkins

By: /s/ William R. Hopkins
William R. Hopkins

*(e-filed with authorization from counsel)*

Attorney for Plaintiff IJAZ AHMAD QURESHI

2

ORDER OF DISMISSAL WITH PREJUDICE
CASE NO.: C 08-01913 MEJ